# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, Brian K. O'Bleness, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, Bryant D. Tchida, an attorney admitted to practice in the United States District Court for the District of Minnesota and the State of Minnesota but not admitted to the Bar of this court, who will be counsel for the Plaintiff, in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

**Signature of Movant/Attorney**

**MO Bar Number:** 53368

**Date:** December 2, 2014

**Address:** Stinson Leonard Street LLP
1201 Walnut Street, Suite 2500
Kansas City, MO 64106

**Phone:** 816-842-8600

### Affidavit of Proposed Admittee

I, Bryant D. Tchida, am currently a member in good standing of the bars of the United States District Court for the District of Minnesota and the State of Minnesota, but not admitted to the Bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

**Case Number(s):** 14-cv-01078-BP

**Case Title(s):** National Operating Committee on Standards for Athletic Equipment v. Warrior Sports, Inc. d/b/a Warrior Lacrosse

**Date:** 12/02/14

**State Bar Number:** MN # 0314298

**District Court Bar Number:**

**Phone:** 612-335-1500

**E-Mail:** bryant.tchida@stinsonleonard.com

**(Signature of Admittee)**

**Address:** Stinson Leonard Street LLP, 150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

Pursuant to WDMO Local Rule 83.5(l) a fee of $100 is required for each case in which the attorney is seeking admittance.